DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WERNHER FAULL** and **ELENA FAULL,**
Appellants,

v.

**ALTO BRISA LC** and **ERIC BONA,**
Appellees.

No. 4D2023-1506

[February 15, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. COCE23-032201.

Wernher Faull and Elena Faull, Fort Lauderdale, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***